**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
1345 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10105-0143

(212) 603-6300

FAX (212) 956-2164

MARSHALL E. BERNSTEIN
CHRISTINE H. BLACK
DAVID M. BLUMENTHAL *
AVRON I. BROG
NICHOLAS R. CAPUTO *
JOHN D. D'ERCOLE
HARVEY S. EPSTEIN
HARVEY FELDSCHREIBER
MICHAEL F. FITZGERALD
S. ASHER GAFFNEY
NEAL I. GANTCHER
ANTHONY S. GENOVESE
MARSHALL J. GLUCK
ROBERT B. GLUCKMAN
NEIL S. GOLDSTEIN
RONALD B. GOODMAN
STEVE R. GRABER °
A. MITCHELL GREENE
MICHAEL E. GREENE
PAUL B. HAHN
ROY A. JACOBS **
ROBERT R. LEINWAND

BABCOCK MACLEAN
ROBERT M. MILNER
LEONARD B. NATHANSON
ALAN M. POLLACK
ROGER A. RAIMOND
JEROME H. RETTIG
CHRISTY L. REUTER
FRED B. RINGEL *
A. STANLEY ROBINSON
ROBERT A. SCHACHTER
BERNARD G. SCHNEIDER
PHILIP T. SIMPSON
SCOTT A. STEINBERG
RICHARD M. TICKTIN
PHILIP H. THOMAS

COUNSEL
DAVID C. BURGER
SAMUEL BRODSKY
LEE PERSHAN
ALLEN J. ROTHMAN
LEON SCHEKTER

* NY AND NJ BARS
** NY AND D.C. BARS
° NY AND TENNESSEE BARS

Christine H. Black
(212) 603-6364
sas@robinsonbrog.com

April 2, 2004

FILED
APR 6  1 07 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

RECEIVED
APR 05 2003
CHAMBERS OF ELLEN [illegible]

**Via Federal Express**

United States District Court
District of Connecticut
141 Church Street – Room 208
New Haven, CT 06510

Attn: Erin M. Kallaugher, Esq.

Re: Q Properties, L.P. v. Somerset AL Holdings, et al.
Case No.: 01-CV1830 (EBB)

Dear Ms. Kallaugher:

In furtherance of our April 1, 2004 telephone conversation, and in response to the Court's March 18, 2004 notice of a possible dismissal of the above-captioned action under Local Rules 41(a), I am furnishing the within explanation as to why the above-captioned matter should not be dismissed.

This firm currently represents Q Properties L.P., in connection with its claims in the bankruptcy cases of Somerset AL Holdings, North, Somerset AL Holdings South, First Connecticut Consulting Group, Inc., and James J. Licata, each of which defendant (other than Cynthia Licata) are all Chapter 11 Debtors in the United States Bankruptcy Court, District of Connecticut, Bridgeport Division. All of the cases are pending before the Honorable Alan H. W. Shiff and as assigned the following docket numbers:

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

Erin M. Kallaugher, Esq.
United States District Court
April 2, 2004
Page 2

| Case Venue | Document Number | Filing Date |
|---|---|---|
| Somerset AL Holding South L.P. | 01-51413 (AHWS) | 11/28/01 |
| Somerset AL Holding North L.P. | 01-51414 (AHWS) | 11/28/01 |
| James J. Licata | 02-51167 (AHWS) | 6/27/02 |
| First Connecticut Consulting Group, Inc. | 02-50852 (AHWS) | 7/12/02 |

Under Section 362(a) of Title 11 of United States Code, all pre-petition litigation was automatically stayed with the filing of the bankruptcy petition. At present, it is not possible to determine what the outcome of each of the cases will be.

With respect to the two Somerset entities, an auction of the debtors' real property was to be held on April 1, 2004. Bankruptcy Court approval of the sale is scheduled to be heard on April 13, 2003. While Q Properties' Claim has been fixed and allowed against the Somerset debtors, as of yet Q Properties is not in possession of a Plan of Reorganization to effectuate payments. As such, it is unknown at this time whether the Somerset entities will be able to file and confirm a Plan of Reorganization.

The bankruptcy court administratively consolidated the cases of First Connecticut Consulting Group Inc. and James J. Licata, together with approximately 15 other Licata related entities. In connection with the individual case of James J. Licata, Q Properties commenced a cause of action objecting to his discharge of his obligations to Q Properties. However, pending resolution of a creditor's motion seeking the dismissal of some of the related cases, Judge Shiff stayed all proceedings in Licata and First Connecticut cases, including the dischargeability action. Upon information and belief, the dismissal motion was tried during the months of January and February 2004. I am not aware that a decision has been rendered.

Based upon the foregoing, the outcome of the Chapter 11 matters is in doubt. Should the debtors be unable to fund a plan, the bankruptcy cases may either be dismissed or converted to cases under Chapter 7. Q Properties submits that the within matter alleges serious claims against the Defendants. In the event that this within case is dismissed, and thereafter the bankruptcy cases are

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

Erin M. Kallaugher, Esq.
United States District Court
April 2, 2004
Page 3

dismissed, Q Properties would be forced to re-commence this action. As such, it is requested that the within action not be dismissed.

    Should the Court require any additional information, please contact the undersigned.

    Thank you for your cooperation.

                      Very truly yours,

                      Christine H. Black

CHB:aef

cc:    Deirdre A. Martini, Esq.
        Howard P. Magaliff, Esq.
        Michael J. Leventhal, Esq.